James S. Deming, administrator of the estate of Charles Enke, deceased, appellee, v. Chicago Railways Company et al., operating as Chicago Surface Lines, appellants. Gen. No. 28,103.

Actions for damages for personal injuries to driver of a horse truck in collision with street car. Judgment for plaintiff for $3,000. Appeal from the Circuit Court of Cook county; the Hon. Francis S. Wilson, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1922. Reversed with finding of facts. Opinion filed March 13, 1923.

Charles Le Roy Brown, for appellants; John R. Guilliams, Frank I. Kriete and Joseph D. Ryan, of counsel. Charles C. Spencer and Arthur A. House, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

Herman L. Alexander, appellant, v. David Belson, trading as Belson Manufacturing Company, appellee. Gen. No. 27,612.

Assumpsit for money due under alleged contract for making copper kettles. Judgment for defendant. Appeal from the Superior Court of Cook county; the Hon. Oscar Hebel, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Affirmed. Opinion filed March 13, 1923.

John A. Brown and Frank H. Culver, for appellant. Nathan D. Kaplan and Jacob Kaplan, for appellee.

Mr. Justice Morrill delivered the opinion of the court.

---

Joseph V. Altman, appellee, v. Evening American Publishing Company, appellant. Gen. No. 27,933.

Action for libels published in newspaper. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1922. Reversed and remanded. Opinion filed March 13, 1923. Rehearing denied March 28, 1923.

Roy D. Keehn, for appellant; Edward G. Woods, of counsel. Charles C. Spencer, for appellee.

Mr. Justice Morrill delivered the opinion of the court.

---

Lotta L. Thrane, appellee, v. Victor Thrane, appellant. Gen. No. 27,975.

Action for divorce. Application for temporary alimony. Decree for $1,000 solicitor's fees and alimony *pendente lite* to the amount of $300 per month, and injunction from incumbering or disposing of certain personal property and household goods. Appeal from the Circuit Court of Cook county; the Hon. Hugo M. Friend, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1922. Reversed and remanded. Opinion filed March 13, 1923. Rehearing denied March 28, 1923.

Landon & Holt, for appellant; Behson Landon, of counsel. John D. Black, for appellee.

Mr. Justice Morrill delivered the opinion of the court.